GREGORY K. KLINGSPORN (203649)
NICOLAS A. FLEGEL (229360)
JENNIFER A. BREGANTE (294679)
JORGENSON, SIEGEL, McCLURE & FLEGEL, LLP
1100 Alma Street, Suite 210
Menlo Park, CA  94025
Telephone:       (650) 324-9300
Facsimile:       (650) 324-0227
Email: gkk@jsmf.com
Email: naf@jsmf.com
Email: jab@jsmf.com

Attorneys for Plaintiff
NIMBUS DATA SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NIMBUS DATA SYSTEMS, INC., a California Corporation<br><br>          Plaintiff,<br><br>          v.<br><br>MODUS LLC and DOES 1-10,<br><br>          Defendants. | Case No.: 3:14-cv-04192-NC<br><br>**JOINT STIPULATED REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER  AS MODIFIED**<br><br>Dept.:   Courtroom A - 15th Floor<br>Judge:   Nathanael Cousins |

        Pursuant to local Civil Rule 7-12, the parties to this action, Nimbus Data Systems, Inc., and Modus LLC, hereby submit this joint stipulated request to continue the initial case management conference:

   1.   Per the Court's Scheduling Order (Docket #4), the initial case management conference is currently scheduled for December 17, 2014, at 10:00 a.m. in Court A- 15th Floor;

   2.   Defendant Modus LLC has filed a motion to dismiss this matter (Docket #6,) challenging the jurisdiction and venue of the Northern District of California, which motion is pending and is set to be heard on December 3, 2014;

Jorgenson, Siegel, McClure & Flegel LLP
Attorneys at Law
Menlo Park, CA
(650) 324-9300

JOINT STIPULATED REQUEST
FOR CONTINUANCE OF CMC

i

3.  The parties have timely met and conferred regarding case management issues, as required by the Court's Scheduling Order; and

4.  The parties agree that it would be in the interest of judicial and party economy to extend the time for their obligation to comply with Rule 26's initial disclosures and other discovery and case management matters to a time after the Court rules on its jurisdiction to hear this action.

THEREFORE, the parties to this action stipulate and request that the initial case management conference, and related deadlines, be rescheduled by the Court to a time convenient to the Court but not less than thirty (30) days after the Court has issued an Order on the pending motion to dismiss.

Dated: November 25, 2014

JORGENSON, SIEGEL,
McCLURE & FLEGEL, LLP

By:      /s/ Gregory K Klingsporn
     Gregory K. Klingsporn
     Attorneys for Plaintiff
     NIMBUS DATA SYSTEMS, INC.

Dated: November 25, 2014

LAW OFFICES OF BENJAMIN E. MASKELL

By:      /s/ Benjamin E. Maskell
     Benjamin E. Maskell
     Attorneys for Defendant
     MODUS LLC

**GOOD CAUSE APPEARING, AND PURSUANT TO STIPULATION, IT IS ORDERED:**

The Court hereby grants the stipulated request of the parties, ~~and will reschedule the initial case management conference to a future date~~. The case management conference is continued to February 4, 2015 at 10:00 a.m. Case management statement due January 28, 2015.

Dated:   November 25, 2014

_____
Hon. Nathanael M. Cousins

IT IS SO ORDERED
AS MODIFIED

Judge Nathanael M. Cousins

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jorgenson, Siegel, McClure & Flegel LLP
Attorneys at Law
Menlo Park, CA
(650) 324-9300

JOINT STIPULATED REQUEST
FOR CONTINUANCE OF CMC

ii