# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| NIMBUS DATA SYSTEMS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MODUS LLC and DOES 1-10,<br><br>Defendants. | Case No. 14-cv-04192 NC<br><br>**ORDER RE: HEARING ON DEFENDANT MODUS LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE** |

Defendant Modus LLC has moved to dismiss this action for lack of personal jurisdiction and for improper venue. Dkt. No. 6. At the hearing on the motion to dismiss, the parties must be prepared to address whether, if the Court finds that personal jurisdiction is lacking, it would be "in the interest of justice" to transfer the action under 28 U.S.C. § 1631 to a district where the action could have been brought, instead of dismissing the action. *See Miller v. Hambrick*, 905 F.2d 259, 262 (9th Cir. 1990); *Winery v. Graham*, No. 06-cv-3618 MHP, 2007 WL 963252, at *7 (N.D. Cal. Mar. 29, 2007).

IT IS SO ORDERED.

Date: December 1, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 14-cv-04192 NC
ORDER RE: HEARING
ON MOTION TO DISMISS